# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2759 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 96 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 69549 |
| | : | |
| EPHRAIM TAHIR R. MELLA, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2021, upon consideration of the Report and Recommendations of the Disciplinary Board and the parties' responses, the Petition for Review is denied. Ephraim Tahir R. Mella is suspended from the Bar of this Commonwealth for one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).